Jon S. Allin — SBN 155069
SCHWARZKOPF & ALLIN
1545 River Park Drive, Suite 509
Sacramento, California 95815
Telephone: (916) 925-6000
Fax: (916) 925-6041

Attorneys for Plaintiff
Kathleen Lee Terry

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathleen Lee Terry,<br><br>    Plaintiff,<br><br>vs.<br><br>Allstate Insurance Company,<br>Leroy Bolex, and Does 1–20,<br><br>    Defendants. | No. 2:05-CV-2261 DFL DAD<br><br>STIPULATION AND ORDER RE<br><br>DISCOVERY |

    The parties stipulate that the date for serving responses and production of documents under both the Request for Production and the Subpoena now pending shall be April 26, 2006.

DATED:  April 7, 2006        SCHWARZKOPF & ALLIN

                                  /s/ Jon S. Allin
                        By_____
                          Jon S. Allin
                          Attorneys for Plaintiff
                          Kathleen Lee Terry

DATED:  April 7, 2006        SONNENSCHEIN, NATH & ROSENTHAL

                              /s/ Susan J. Germer (as authorized on 4/4/06)
                        By_____
                          Susan J. Germer
                          Attorneys for Defendant
                          Allstate Insurance Company

Stipulation re: discovery

1 | **IT IS SO ORDERED.**

2 | DATED: April 7, 2006.

3

4 | _____
DALE A. DROZD
5 | UNITED STATES MAGISTRATE JUDGE

6

7 | Ddad1/orders/orders.civil/terry2261.stipord

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

Stipulation re: discovery