CYNTHIA L. MELLEMA  (State Bar No. 122798)
DAVID R. SIMONTON  (State Bar No. 199919)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, California 94105
Telephone:    (415) 882-5000
Facsimile:     (415) 543-5472

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KATHLEEN LEE TERRY,<br><br>   Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, *et al.*<br><br>   Defendants. | Case No. 2:05 CV 02261 DFL DAD<br><br>**STIPULATED MOTION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO EXTEND DATE FOR EXPERT DISCLOSURES AND EXPERT DISCOVERY CUTOFF;  ORDER** |

By and through their counsel of record, the parties jointly submit this stipulated motion asking the Court modify its Status (Pre-Trial Scheduling) Order to extend the date for expert disclosures to December 19, 2005 and to extend the discovery cut-off (for expert discovery only) to January 31, 2007.  Good cause exists to modify these portions of the Order for the following reasons:

   1.   The current date for expert disclosures is September 8, 2006.  The discovery cutoff date is set for November 10, 2006.

   2.   Trial is currently set for March 19, 2007.  It will be a bench trial.

   3.   Discovery is still in the very early stages.  Plaintiff only recently responded to Allstate's document requests.  No depositions have been taken to date.  Allstate currently anticipates deposing four non-expert witnesses.  Plaintiff currently anticipates deposing two

non-expert witnesses.

4.      Both plaintiff and Allstate agree that this case should be resolved, either in whole or in large part, through a motion for summary judgment (or partial summary judgment).  To that end, Allstate anticipates filing such a motion in the Fall of 2006, once it has completed the aforementioned depositions.

5.      Given this procedural posture, neither party sees a need to exchange expert disclosure information or reports by September 6, 2006.  To the contrary, this relatively early disclosure deadline (more than six months before trial) will likely require the parties to devote unnecessary time, effort, and money on expert discovery issues.

6.      Continuing the expert witness disclosure date to December 19, 2006 (still three months before trial) will allow the parties to better evaluate the case and will facilitate dispositive motion practice.

7.      To accommodate this later expert disclosure date, the parties further request that discovery cutoff be extended to January 31, 2007, with respect to expert discovery only.  The deadline for non-expert discovery would remain unchanged (November 10, 2006).

Dated: August ___, 2006                    SCHWARZKOPF & ALLIN


By: _____
Jon P. Allin
Attorneys for Plaintiff
KATHLEEN LEE TERRY

Dated: August___, 2006                    SONNENSCHEIN NATH & ROSENTHAL LLP


By: _____
David R. Simonton
Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, the Court finds there is good cause to modify its Status (Pre-Trial Scheduling) Order as follows:

1. The deadline for expert witness disclosures pursuant to FRCP 26(a)(2) is extended to December 19, 2006.

2. The deadline for completing discovery, with respect to expert witness issues only, is extended to January 31, 2006.

IT IS SO ORDERED.

Date:  8/4/2006

_____
DAVID F. LEVI
United States District Judge

27237735

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within action. My business address is SONNENSCHEIN NATH & ROSENTHAL LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On August 2, 2006, I caused to be served the attached documents entitled:

**STIPULATED MOTION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO EXTEND DATE FOR EXPERT DISCLOSURES AND EXPERT DISCOVERY CUTOFF; [PROPOSED] ORDER**

in sealed envelopes addressed to the individuals listed below:

**Thomas R. Van Noord**
**Attorney at Law**
**3294 Royal Drive, #202**
**Cameron Park, CA  95682**
**Telephone:  (530) 677-1025**
**Fax: (530) 677-6580**

**Attorneys for Defendant**
**Leroy Bolex**

[ X ]   **U.S. MAIL:** By placing the sealed envelopes for collection and mailing with the United States Postal Service in conformance with the ordinary business practices of Sonnenschein Nath & Rosenthal LLP, 685 Market Street, 6th Floor, San Francisco, CA  94105, which are to deposit mail with the U.S. Postal Service the same day. I am readily familiar with the firm's routine business practices of collecting and processing mail with the U.S. Postal Service.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 2, 2006 in San Francisco, California.

Nancy E. Jordan