CYNTHIA L. MELLEMA  (State Bar No. 122798)
DAVID R. SIMONTON  (State Bar No. 199919)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 882-5000
Facsimile:    (415) 882-0300         **OK/HAV**

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| KATHLEEN LEE TERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, *et al.*<br><br>    Defendants. | Case No. 05- 02261 DFL DAD<br><br>**AMENDED STIPULATED MOTION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO CONTINUE TRIAL AND ALL PRE-TRIAL DATES;**<br><br>**ORDER** |

By and through their counsel of record, the parties jointly submit this stipulated motion asking the Court modify its Status (Pre-Trial Scheduling) Order to continue all trial and pre-trial dates by 90 days.  Good cause exists to modify these portions of the Order for the following reasons:

   1.   The current discovery cutoff date is set for November 10, 2006.  The current expert discovery cut-off is set for January 31, 2007.

   2.   Trial is currently set for March 19, 2007.  It will be a bench trial.

   3.   While the parties have completed significant portions of their discovery, they have encountered unanticipated complications.  Specifically, the insured, LeRoy Bolex, has not authorized Allstate to produce certain documents or certain information to plaintiff.  Absent an authorization from Bolex that complies with California Insurance Code section 791.13(a),

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Allstate contends that it cannot provide said information, which plaintiff considers critical to her case. The parties are confident they can resolve this issue amicably, but they need additional time to do so.

4. After Allstate is permitted to produce the information in question, plaintiff anticipates taking three to four non-expert depositions.

5. Both plaintiff and Allstate agree that this case should be resolved, either in whole or in large part, through a motion for summary judgment (or partial summary judgment). To that end, Allstate anticipates filing such a motion once the parties have completed discovery.

6. Continuing the discovery, dispositive motion, and trial dates by 90 days will allow the parties to obtain an appropriate authorization from Bolex, complete discovery, and then have a summary judgment motion heard and decided.

7. Plaintiff and Allstate agree that the schedule should be modified as follows:

| | |
|---|---|
| Non-expert discovery cut-off: | February 12, 2007 |
| Expert Disclosures: | March 19, 2007 |
| Expert Discovery Cut-Off: | April 30, 2007 |
| Last Day to File Dispositive Motions: | May 23, 2007 |
| Last Day to Hear Dispositive Motions: | June 20, 2007 at 10:00 a.m. |
| Last Day to File Pre-Trial Statement: | August 10, 2007 |
| Final Pre-Trial Conference: | August 17, 2007 at 3:00 p.m. |
| Trial: | October 1, 2007 at 8:30 a.m. |

Dated: October ___, 2006                    SCHWARZKOPF & ALLIN


By: _____
    Jon P. Allin
    Attorneys for Plaintiff
    KATHLEEN LEE TERRY

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

PDF created with pdfFactory trial version www.pdffactory.com

Dated: October___, 2006         SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
David R. Simonton
Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

## **ORDER**

Pursuant to the foregoing stipulation, the Court finds there is good cause to modify its Status (Pre-Trial Scheduling) Order as follows:

| | |
|---|---|
| Non-expert discovery cut-off: | February 12, 2007 |
| Expert Disclosures: | March 19, 2007 |
| Expert Discovery Cut-Off: | April 30, 2007 |
| Last Day to File Dispositive Motions: | May 23, 2007 |
| Last Dispositive Motion Hearing Date: | June 20, 2007 at 10:00 a.m. |
| Last Day to File Pre-Trial Statement: | August 10, 2007 |
| Final Pre-Trial Conference: | August 17, 2007 at 3:00 p.m. |
| Trial: | October 1, 2007 at 8:30 a.m. |

IT IS SO ORDERED.

Date: November 1, 2006

/s/ David F. Levi_____
Hon. David F. Levi
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com

27252074\V-1

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

4

Case No. 2:05 CV 02261 DFL DAD    Amended Stipulation and Proposed Order to Modify Status (Pre-Trial Scheduling) Order

PDF created with pdfFactory trial version www.pdffactory.com