UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathleen Lee Terry,<br><br>       Plaintiff,<br><br>vs.<br><br>Allstate Insurance Company,<br>Leroy Bolex, and Does 1–20,<br><br>       Defendants. | No. 2:05-CV-2261 DFL DAD<br><br>**Order Granting Motion to Compel Further Discovery Responses, Production, and Testimony**<br><br>Date: January 12, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

    Plaintiff Kathleen Lee Terry's motion to compel further discovery responses, production, and testimony having come on regularly for hearing, and good cause appearing therefor,

    IT IS ORDERED that Allstate Insurance Company and Eric Ferguson attend and testify at their depositions, to be scheduled by agreement of the parties and taken prior to February 12, 2007, without asserting objections based on privacy or confidentiality of Leroy Bolex's insurance information. It is further ordered that Allstate respond no later than January 26, 2007, to the interrogatories and requests for production, and produce the requested documents, without asserting objections based on privacy or confidentiality of Bolex's insurance information.

DATED: January 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE