CYNTHIA L. MELLEMA  (State Bar No. 122798)
DAVID R. SIMONTON  (State Bar No. 199919)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 882-5000
Facsimile:    (415) 882-0300

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KATHLEEN LEE TERRY,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, *et al.*<br><br>Defendants. | Case No. 05-02261 DFL DAD<br><br>**STIPULATED MOTION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO EXTEND DATE FOR EXPERT DISCLOSURES AND EXPERT DISCOVERY CUTOFF;**<br><br>**ORDER** |

By and through their counsel of record, the parties jointly submit this stipulated motion asking the Court modify its Status (Pre-Trial Scheduling) Order to extend the date for expert disclosures to June 19, 2007 and to extend the expert discovery cut-off to July 19, 2007.  Good cause exists to modify these portions of the Order for the following reasons:

1. The current date for expert disclosures is March 19, 2007.  The expert discovery cutoff date is set for March 30, 2007.

2. Trial is currently set for October 1, 2007.  It will be a bench trial.

3. The parties have completed non-expert discovery, which closed on February 12, 2007.

4. The last date to file a dispositive motion is May 23, 2007.  Both plaintiff and

1  Allstate agree that this case is ripe for resolution, either in whole or in part, through a motion for

2  summary judgment (or partial summary judgment).  To that end, Allstate anticipates filing such

3  a motion in Spring of 2007.

4    5. Given this procedural posture, neither party sees a need to exchange expert

5  disclosure information or reports by March 19, 2007.  To the contrary, this relatively early

6  disclosure deadline (more than six months before trial) will likely require the parties to devote

7  unnecessary time, effort, and expense on expert discovery issues.

8    6. Continuing the expert witness disclosure date to June 19, 2007 (still more than

9  three months before trial) will allow the parties to better evaluate the case and will facilitate

10  dispositive motion practice.

11    7. To accommodate this later expert disclosure date, the parties further request that the

12  expert discovery cutoff be extended to July 19, 2007.  The deadline for non-expert discovery

13  would remain unchanged.

Dated: February___, 2007       SCHWARZKOPF & ALLIN

By: _____
Jon P. Allin
Attorneys for Plaintiff
KATHLEEN LEE TERRY

Dated: February ___, 2007      SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
David R. Simonton
Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

2

Case No. 05-02261 DFL DAD      Stipulation and Proposed Order to Modify
Status (Pre-Trial Scheduling) Order

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

# **ORDER**

Pursuant to the foregoing stipulation, the Court finds there is good cause to modify its Status (Pre-Trial Scheduling) Order as follows:

1. The deadline for expert witness disclosures pursuant to FRCP 26(a)(2) is extended to June 19, 2007.

2. The deadline for completing discovery, with respect to expert witness issues only, is extended to July 19, 2007.

IT IS SO ORDERED.

Date: February 20, 2007

                /s/ David F. Levi  
                Hon. David F. Levi  
                United States District Court Judge

SONNENSCHEIN NATH & ROSENTHAL LLP  
525 MARKET STREET, 26TH FLOOR  
SAN FRANCISCO, CALIFORNIA 94105  
(415) 882-5000