CYNTHIA L. MELLEMA  (State Bar No. 122798)
DAVID R. SIMONTON  (State Bar No. 199919)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 882-5000
Facsimile:   (415) 882-0300

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KATHLEEN LEE TERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, *et al.*<br><br>    Defendants. | Case No. 05-02261 DFL DAD<br><br>**STIPULATED MOTION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO EXTEND DATE FOR EXPERT DISCLOSURES;**<br><br>**ORDER** |

By and through their counsel of record, the parties jointly submit this stipulated motion asking the Court modify its Status (Pre-Trial Scheduling) Order to extend the date for expert disclosures to July 3, 2007 and to continue the hearing on Allstate's pending motion for summary judgment to May 9, 2007.  Good cause exists to modify these portions of the Order for the following reasons:

1. The current date for expert disclosures is June 19, 2007.  The expert discovery cutoff date is currently set for July 19, 2007.

2. Trial is currently set for October 1, 2007.  It will be a bench trial.

3. The parties have completed non-expert discovery, which closed on February 12, 2007.

4. Allstate filed a motion for summary judgment on March 23, 2007, which motion is set

to be heard on April 25, 2007.

5. Counsel for plaintiff has asked that the summary judgment hearing date be continued to May 9, 2007 to accommodate certain conflicts in his schedule. Allstate is agreeable, provided that there is an equivalent extension of the deadline for expert disclosures. Neither party sees a need to exchange expert disclosure information before the Court decides Allstate's summary judgment motion.

6. Continuing the expert witness disclosure date to July 3, 2007 (still more than two months before trial) will allow the parties to better evaluate the case and will facilitate dispositive motion practice.

Dated: April ___, 2007                                SCHWARZKOPF & ALLIN

By: _____
Jon P. Allin
Attorneys for Plaintiff
KATHLEEN LEE TERRY

Dated: April___, 2007                                 SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
David R. Simonton
Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

# **ORDER**

Pursuant to the foregoing stipulation, the Court finds there is good cause to modify its Status (Pre-Trial Scheduling) Order as follows:

   1.   The hearing on Allstate's pending motion for summary judgment is continued to May 9, 2007 at 10:00 am in Courtroom #7.

   2.   The deadline for expert witness disclosures pursuant to FRCP 26(a)(2) is extended to July 3, 2007.

IT IS SO ORDERED.

Date:   April 4, 2007

                                              /s/ David F. Levi
                                               Hon. David F. Levi
                                          United States District Court Judge

Sonnenschein Nath & Rosenthal LLP
525 Market Street, 26th Floor
San Francisco, California 94105
(415) 882-5000

3

Case No. 05-02261 DFL DAD                  Stipulation and Proposed Order to Modify
                                                                                         Status (Pre-Trial Scheduling) Order