CYNTHIA L. MELLEMA  (State Bar No. 122798)
DAVID R. SIMONTON  (State Bar No. 199919)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 882-5000
Facsimile:   (415) 882-0300

**OK/HAV**

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KATHLEEN LEE TERRY,<br><br>　　Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, *et al.*<br><br>　　Defendants. | Case No. 05- 02261 DFL DAD<br><br>**AMENDED STIPULATED MOTION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER TO CONTINUE TRIAL AND ALL PRE-TRIAL DATES;**<br><br>**ORDER** |

By and through their counsel of record, the parties jointly submit this stipulated motion asking the Court modify its Status (Pre-Trial Scheduling) Order to continue the trial date by one month and to continue the other pre-trial dates accordingly.  Good cause exists to modify these portions of the Order for the following reasons:

　　1.　Trial is currently set for October 1, 2007.  It will be a bench trial.

　　2.　Expert disclosures are currently due on July 3, 2007.  The expert discovery cut-off is currently set for July 19, 2007.

　　3.　Allstate filed a motion for summary judgment on March 23, 2007.  The motion originally was set to be heard on April 25, 2007.

　　4.　Counsel for plaintiff asked to continue the summary judgment hearing until May 9, 2007, and Allstate's counsel obliged.

5. By minute order dated May 4, 2007, the Court, on its own motion, continued the summary judgment hearing to May 16, 2007.

6. On May 14, 2007, the Court, on its own motion, issued a minute order continuing the summary judgment hearing date to July 25, 2007.

7. In these circumstances, good cause exists for a brief trial continuance, so the parties can pursue expert discovery in a efficient manner and avoid needless expense and burden to the Court. Under the current Scheduling Order, the parties would need to exchange expert witness information and complete expert discovery (including expert discovery motions, if necessary) before knowing how the Court will rule on Allstate's summary judgment motion. Also, under the current Scheduling Order, if the Court were to deny Allstate's motion, or grant only partial summary judgment, the parties would have to file their Pre-Trial Statements on August 10, 2007, only 16 days after the motion hearing. As a result, the parties would have insufficient time to adequately analyze the impact of the Court's ruling on their trial strategy and the issues encompassed by the Pre-Trial Statements.

8. Plaintiff and Allstate agree that the schedule should be modified as follows:

| | |
|---|---|
| Summary Judgment Hearing (unchanged): | July 25, 2007 at 10:00 a.m. |
| Expert Disclosures: | August 24, 2007 |
| Expert Discovery Cut-Off: | September 14, 2007 |
| Last Day to File Pre-Trial Statement: | October 5, 2007 |
| Final Pre-Trial Conference: | October 12, 2007 at 3:00 p.m. |
| Trial: | November 5, 2007 at 8:30 a.m. |

Dated: May ___, 2007                                SCHWARZKOPF & ALLIN


By: _____
Jon P. Allin
Attorneys for Plaintiff
KATHLEEN LEE TERRY

2

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

Dated: May ___, 2007                    SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
David R. Simonton
Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

## **ORDER**

Pursuant to the foregoing stipulation, the Court finds there is good cause to modify its Status (Pre-Trial Scheduling) Order as follows:

| | |
|---|---|
| Expert Disclosures: | August 24, 2007 |
| Expert Discovery Cut-Off: | September 14, 2007 |
| Last Day to File Pre-Trial Statement: | October 5, 2007 |
| Final Pre-Trial Conference: | October 12, 2007 at 3:00 p.m. |
| Trial: | November 5, 2007 at 8:30 a.m. |

IT IS SO ORDERED.

Date: May 17, 2007

/s/ David F. Levi
Hon. David F. Levi
United States District Court Judge

27252074\V-1